IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CONTINENTAL CASUALTY COMPANY                                      PLAINTIFF

v.                              No. 4:07CV00042 GH

WOODSON WALKER, ET AL.                                            DEFENDANTS

## ORDER

Plaintiff's January 22nd motion (#2) for admission *pro hac vice* of Richard Simpson and Teah R. Lupton as co-counsel is hereby granted.

IT IS SO ORDERED this 23rd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE